IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH CARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-2293-KHV |
| vs. ) | |
| ) | |
| ENTERCOM KANSAS CITY, LLC AND ) | |
| ENTERCOM COMMUNICATIONS CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 24th day of August, 2005, the above entitled cause is hereby dismissed with prejudice against Defendants, with each party to bear their own attorney fees and court costs.

IT IS SO ORDERED.

                                             s/ Kathryn H. Vratil
                                             Kathryn H. Vratil
                                             Honorable Kathryn H. Vratil

APPROVED AS TO FORM:

| MCANANY, VAN CLEAVE & PHILLIPS, P.A. | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| By: s/ Lawrence D. Greenbaum | By: s/ Justin J. Johl |
| Lawrence D. Greenbaum #12175 | Justin J. Johl, #17966 |
| 5125 Roe Boulevard, Suite 200 | 2555 Grand Blvd. |
| Roeland Park, KS 66205 | Kansas City, MO 64108-2613 |
| Telephone: (913) 371-3838 | Telephone: (816) 474-6550 |
| Facsimile: (913) 272-1791 | Facsimile: (816) 421-5547 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Joseph Carrington* | *Entercom Kansas City, LLC and* |
| | *Entercom Communications Corp.* |